UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

CIVIL ACTION NO. 2:45
04-40266 FDS

| | |
|---|---|
| ROBERT J. DiGREGORIO,            ) | |
|     Plaintiff            ) | |
|                 ) | **PLAINTIFF'S EX PARTE MOTION TO** |
| vs.            ) | **EXTEND TIME TO SERVE DEFENDANT** |
|                 ) | |
| LUXOR HOTEL,            ) | |
|     Defendant            ) | |

Now comes the plaintiff in the above-entitled matter and moves that the time within which to serve the defendant be extended 90 days.

ROBERT DiGREGORIO,
By His Attorney,

_____
JOHN L. SOUSA, ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.#: 473620

Date: 4/22/05