UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DiGregorio,</u>

                Plaintiff

                      CIVIL ACTION

     V.

                      NO. <u>04-40266-FDS</u>

<u>Luxor Hotel,</u>

                Defendant

<u>ORDER OF DISMISSAL</u>

<u>Saylor,</u>   <u>D. J.</u>

      For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on <u>  9/15/05  </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                                       By the Court,

<u>  10/13/05  </u>                                     <u>/s/ Martin Castles</u>
      Date                                             Deputy Clerk

(4mdism.ord - 09/96)                                                                       [odism.]